## HEIHN *v.* STANSBURY *et al.*

A statement on appeal must be filed within the time prescribed by law. A statement filed a year after judgment was rendered, is not in time.

APPEAL from the Sixth District, County of Sacramento.

In this case the judgment was rendered May 18th, 1857. Notice of appeal was filed and served May 12, 1858. On the nineteenth of May, 1858, the parties stipulated that the statement used on motion for a new trial, should stand as the statement on appeal; respondent reserving his right to object to the appeal upon the ground that the same was not taken in time.

*E. B. Crocker* for Appellant.

*Smith & Hardy and Sanders* for Respondents.

TERRY, C. J., delivered the opinion of the Court—BALDWIN, J., concurring.

The appeal from the order denying a new trial was not taken within the time prescribed by law, and cannot be considered by the Court.

Upon the appeal from the judgment, no statement was filed until a year after judgment was rendered; therefore, we can only consider the judgment roll, which discloses no error.

Judgment affirmed.